# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ELIZABETH SPIVEY-JOHNSON,**

                Plaintiff,

        V.                              CASE NUMBER: **05-C-80**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
**DARLENE HOWARD, and**
**PAMELA HINES,**

                Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DISMISSED. This action is hereby DISMISSED for lack of jurisdiction because plaintiff does not have standing to bring any implied** *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* **403 U.S. 388 (1971) cause of action alleging a Fifth Amendment procedural due process violation. This action is hereby DISMISSED.**

| | |
|---|---|
|     **March 3, 2006** |   **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |